People v Woods (2025 NY Slip Op 04261)

People v Woods

2025 NY Slip Op 04261

Decided on July 23, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
FRANCESCA E. CONNOLLY
VALERIE BRATHWAITE NELSON
LINDA CHRISTOPHER, JJ.

2005-10339
 (Ind. No. 5906/04)

[*1]The People of the State of New York, respondent,
v
Roger Woods, appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Marie John of counsel), for respondent.
Roger Woods, Alden, NY, appellant pro se.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 3, 2009 (People v Woods, 59 AD3d 468), affirming a judgment of the Supreme Court, Kings County, rendered October 18, 2005.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., CONNOLLY, BRATHWAITE NELSON and CHRISTOPHER, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court